IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

      Plaintiff,                CIV-S-06-1916 DFL EFB PS

      vs.

GREGORY G. HOLLOWS and
DALE A. DROZD,

      Defendants.            ORDER

_____/

On September 14, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. The court further notes that certain of the pleadings list Jack Wagner, former clerk of the court,

1

1   as a defendant while other pleadings do not.  If plaintiff intended to name the clerk, it would

2   appear that the clerk is entitled either to judicial immunity or qualified immunity, and, therefore,

3   should be dismissed.

4           Accordingly, IT IS ORDERED that:

5           1.  The proposed Findings and Recommendations filed September 14, 2006, are

6   ADOPTED; and

7           2. This action is dismissed.

8   DATED: 10/10/2006

9

10

11   _____
                            DAVID F. LEVI
12                          United States District Judge

13

14   _____
                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

2